**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| HELLEN MARIA BALDIZON,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN et al.,<br><br>Respondents. | Case No. 5:26-cv-00261-MEMF-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.  IT IS THEREFORE ORDERED that:

1. The Report and Recommendation is accepted.
2. The Petition for Writ of Habeas Corpus is GRANTED.
3. Respondents are enjoined from re-detaining Petitioner without timely following the procedures in 8 C.F.R. §§ 241.4(1)(1) and 241.13(i).

Date: May 1, 2026

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge