JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

|  |  |
|---|---|
| HELLEN MARIA BALDIZON, | Case No. 5:26-cv-00261-MEMF-DFM |
| Petitioner, |  |
| v. | JUDGMENT |
| MARKWAYNE MULLIN et al., |  |
| Respondents. |  |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that:

1.    The Petition for Writ of Habeas Corpus is GRANTED.

2.    Respondents are permanently enjoined from re-detaining Petitioner without timely following the procedures in 8 C.F.R. §§ 241.4(1)(1) and 241.13(i).

Date: May 1, 2026

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge